UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA FELRICE,

                    Plaintiff,                    25-cv-32 (JGK)

        - against -                               ORDER

STEWART TALENT NEW YORK, INC.,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

February 21, 2025.


SO ORDERED.

Dated:    New York, New York
          February 7, 2025

                                    _____
                                    John G. Koeltl
                                    United States District Judge